Jeffrey M. Olson (SBN 104074)
*jolson@sidley.com*
Paul H. Meier (SBN 115999)
*pmeier@sidley.com*
Samuel N. Tiu (SBN 216291)
*stiu@sidley.com*
Matthew S. Jorgenson (SBN 229131)
*mjorgenson@sidley.com*
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000
(213) 896-6600 fax

Attorneys for Plaintiffs
SYNTHES USA, LLC and
SYNTHES USA SALES, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SYNTHES USA, LLC, a Delaware limited liability company and SYNTHES USA SALES, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> SYNTEC SCIENTIFIC (USA) CORPORATION, a California corporation, WHITTEMORE ENTERPRISES, INC., a California corporation, and SYNTEC SCIENTIFIC CORPORATION, a Taiwan corporation, <br><br> Defendants. | Case No. ED 09-cv-1875-DMG (DTBx) <br><br> **ORDER RE ENTRY OF JUDGMENT AND DISMISSAL OF ACTION** |

1. On March 20, 2012, this Court granted Plaintiffs Synthes USA, LLC and Synthes USA Sales, LLC's ("Synthes") motion for entry of default judgment and permanent injunction against Syntec Scientific Corporation. See Doc. # 83.

2. On March 28, 2012, Synthes submitted to the Court a proposed judgment against Syntec Scientific Corporation in word format pursuant to the Court's order of March 20, 2012. See Doc. # 83 at 10.

3. On April 3, 2012, this Court ordered Synthes to file a status report regarding the remaining claims and counterclaims and why the Court should not withhold entry of judgment against Syntec until after all claims in this action have been resolved. See Doc. # 84.

4. On April 13, 2012, Synthes submitted a status report reporting *inter alia*, (1) that Synthes and Whittemore Enterprises, Inc. had been in settlement negotiations to resolve the claims and counterclaims between these two parties, and (2) that Syntec Scientific (USA) Corp. had not answered the complaint but had appeared through its counsel at the Rule 16 conference held on May 17, 2010 and again at the hearing before Magistrate Judge Bristow regarding Synthes' motion to compel and motion for sanctions, held on October 15, 2010. See Doc. # 85, citing to Doc. ##32 and 50.[1]

5. Because Syntec Scientific (USA) Corp. has never filed an answer to the complaint, no affirmative defense and no counterclaim against Synthes has been asserted by Syntec Scientific (USA) Corp. In its status report, Synthes indicated its willingness to voluntarily dismiss the claims against Syntec Scientific (USA) Corp. after the claims against Whittemore have been resolved, given that Syntec Scientific (USA) Corp.'s activities appear to have ceased, there has been no response to any inquiries of its sole attorney, Natalie D. Wang, for over a year, and the California

---

[1] Magistrate Judge Bristow granted Synthes' motion to compel and for sanctions and awarded sanctions against Syntec Scientific (USA) Corp. and its counsel in the amount of $9,464.00. [Doc. # 51.]

LA1 2493885v.2

Secretary of State's website lists Syntec Scientific (USA) Corp.'s status as "dissolved." See Doc. #85 at 3.

6. Synthes and Whittemore have reached agreement on settlement, and have entered into a Consent Judgment, Permanent Injunction, and Dismissal Against Whittemore Enterprises, Inc.

NOW THEREFORE, for good cause shown, and on terms that the Court considers proper, the Court hereby orders as follows:

1. The proposed judgment and permanent injunction against Syntec Scientific Corp. shall be entered by the Court against Syntec Scientific Corp. pursuant to the Court's ruling on March 20, 2012 [Doc. # 83]. There is no reason for delay in the entry of the default judgment against Syntec Scientific Corp. since all claims and counterclaims against all parties in this action have been resolved.

2. The Consent Judgment, Permanent Injunction, and Dismissal Against Whittemore Enterprises, Inc. shall be entered by the Court as a final judgment against Whittemore.

3. The Court hereby dismisses Synthes' claims against Syntec Scientific (USA) Corporation pursuant to Federal Rule of Civil Procedure 41(a)(2) without prejudice, including without prejudice to any recovery by Synthes of the sanctions awarded by the Court against Syntec Scientific (USA) Corporation and its counsel relating to Synthes' motion to compel. See Doc. # 51.

4. The final pretrial conference on July 17, 2012 and the trial date of August 14, 2012 are VACATED.

IT IS SO ORDERED.

DATED: July 6, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

LA1 2493885v.2